UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA ROWELL | No. 25 CR 349<br><br>Hon. Maria Valdez<br>Magistrate Judge |

# ORDER

The UNITED STATES OF AMERICA by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, having filed its Motion to Unseal Complaint and Related Filings, and having demonstrated good cause in support of its motion,

IT IS HEREBY ORDERED THAT all filings that are under seal in this case shall be unsealed.

ENTER:

_Maria Valdez_

Hon. Maria Valdez
Magistrate Judge
United States District Court for the
Northern District of Illinois

DATE: 6/27/2025